UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CRYSTAL HARDEN,

                              Plaintiff,

-vs-                                       **Case No. 09-CV-564**

PENNCRO ASSOCIATES, INC.,

                              Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued on the merits and with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: January 27, 2010                    DATED: January 25, 2010

_____       _____
Seth Andrews, Esq.                            Glenn M. Fjermedal, Esq.
Law Offices of Kenneth Hiller                 Davidson Fink LLP
6000 North Bailey Avenue, Suite 1A        28 East Main Street, Suite 1700
Amherst, NY 14226                              Rochester, NY 14614
Telephone: (716) 564-3288                  Telephone: (585) 546-6448

Attorney for Plaintiff                               Attorney for Defendant